| | |
|---|---|
| 1 | Rosemary M. Rivas (State Bar No. 209147)<br>Email: rrivas@zlk.com |
| 2 | **LEVI & KORSINSKY, LLP**<br>44 Montgomery Street, Suite 650 |
| 3 | San Francisco, California 94104<br>Telephone: (415) 291-2420 |
| 4 | Facsimile: (415) 484-1294 |
| 5 | *Counsel for Lead Plaintiff Robert E. Lapp* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN OHREN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No.: 3:17-cv-02210-WHO<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

1   PLEASE TAKE NOTICE that Lead Plaintiff Robert E. Lapp files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action. Defendants do not oppose this dismissal. This dismissal is without prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: September 21, 2017            **LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Fax: (415) 484-1294

*Attorneys for Lead Plaintiff Robert E. Lapp*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN OHREN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMYRIS, INC., JOHN G. MELO, and KATHLEEN VALIASEK,<br><br>Defendants. | Case No.: 3:17-cv-02210-WHO |

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the Plaintiff's Notice of Voluntary Dismissal, and upon due consideration and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The above action is voluntarily DISMISSED WITHOUT PREJUDICE.
2. The parties shall bear their own attorneys' fees and other expenses.

DATED: September 21, 2017

_____
Hon. William H. Orrick
United States District Judge